UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. KENNARD,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN JOAQUIN COUNTY, et al.,<br><br>          Defendants. | No.  2:14-cv-1750 AC P<br><br><br><br>ORDER |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis is this civil rights action filed pursuant to 48 U.S.C. § 1983.  On April 16, 2015, plaintiff filed a Notice of Change of Address reflecting that he has a new Identification Number at his ongoing place of detention, Coalinga State Hospital.  Plaintiff also informed the court that he was never served with defendants' answer to the complaint, and thus requests an order directing service, and a forty-five day extension of the deadlines set forth in the Discovery and Scheduling Order issued April 6, 2015.

The copy of defendants' answer to the complaint filed with the court does not include a certificate of service.  See ECF No. 9.  Defendants' private counsel is reminded that service of all documents on plaintiff must be by mail or hand delivered, and must be verifiable on the court's docket.  Plaintiff does not have access to the court's electronic filing system or docket.  Due to

////

1

1  this omission, plaintiff's requests will be granted in part; the current deadlines will be extended
2  by twenty-eight days.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.  Defendants shall, within seven days after the filing date of this order, serve plaintiff
5  with a copy of their answer, and file a certificate of service with the court.
6        2.  The Discovery and Scheduling Order filed April 6, 2015 is amended as follows:  the
7  discovery deadline is extended from July 31, 2015 to August 28, 2105; the dispositive motion
8  deadline is extended from October 16, 2015 to November 13, 2015.
9  DTAED: April 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE