**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SAN JOAQUIN COUNTY and STEVE MOORE, SHERIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. KENNARD, | CASE NO. 2:14-CV-1750-AC-PC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF THIRD CAUSE OF ACTION** |
| SAN JOAQUIN COUNTY; STEVE MOORE (erroneously sued herein as STEPHAN MOORE), Sheriff, San Joaquin County, in his individual and official capacity, and DOES 1 through 17 in their individual capacities, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff THOMAS O. KENNARD, in pro per, and defendants SAN JOAQUIN COUNTY and STEVEN MOORE, SHERIFF, by and through their undersigned counsel, as follows:

1. On July 24, 2014, Plaintiff filed his Complaint alleging sixteen causes of action. On June 25, 2015, Plaintiff provided responses to Defendant's Special Interrogatories (Set One), No. 10 advising in his responses that the Third Cause of Action for Violations of Procedural Due Process under the Fourteenth Amendment of the United States is to be dismissed.

{01447234.DOCX}   1
**STIPULATION AND ORDER FOR DISMISSAL OF THIRD CAUSE OF ACTION**

2. IT IS THEREFORE STIPULATED BY AND BETWEEN ALL PARTIES to this stipulation, that the Plaintiff's Third Cause of Action be dismissed with prejudice.

Respectfully submitted,

Dated: October ____, 2015

By _____
THOMAS O. KENNARD
Plaintiff in Pro Per

Dated: October _____, 2015        PORTER SCOTT
                                  A PROFESSIONAL CORPORATION

By _____
Taylor W. Rhoan
Attorney for Defendants
SAN JOAQUIN COUNTY and
STEVE MOORE, SHERIFF

### **ORDER**

The Court, having considered the foregoing stipulation of the parties [as set forth in the copy of the parties' original stipulation with their signatures filed October 22, 2015, see ECF No. 24], and good cause appearing therefore, hereby orders that plaintiff's Third Cause of Action for Violations of Procedural Due Process under the Fourteenth Amendment of the United States[1] be dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 26, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Third Cause of Action also alleges a violation of substantive due process, see ¶ 70, which is not dismissed; substantive due process claims are also alleged in plaintiff's Second and Fifth Causes of Action.