1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THOMAS O. KENNARD,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOAQUIN COUNTY; STEPHAN MOORE, Sheriff, Joaquin County, in his individual and official capacity, and DOES 1 through 17 in their individual capacities,<br><br>    Defendants. | Case No. 2:14-cv-1750 AC P<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER<br><br>Approving Extension of Dispositive Motion Deadline to January 13, 2016 |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff THOMAS O. KENNARD, in Pro Per, and Defendants SAN JOAQUIN COUNTY and STEVEN MOORE, SHERIFF, by and through their undersigned Counsel, pursuant to Local Rule 143 as follows:

1. The parties respectfully request that the District Court modify the Discovery and Scheduling Order to continue the dispositive motion deadline for 60 days, based on good cause appearing as more fully set forth below.

2. The Court's Discovery and Scheduling Order originally set the dispositive motion deadline for October 16, 2015. ECF No. 10. On April 20, 2015, at Plaintiff's request, the Court amended the Discovery and Scheduling Order, thereby extending the discovery deadline from July 31, 2015 to August 28, 2015, and extended the dispositive motion deadline from October 16,

2015 to November 13, 2015.  ECF No. 14.  No further orders modifying the Discovery and Scheduling Order have been entered.

3. The parties are in good faith attempting to resolve this matter and are in the process of negotiating a settlement.  In an attempt to avoid the time and expense of preparing and opposing a motion for summary judgment, the parties respectfully request that the dispositive motion deadline be continued for 60 days to allow the parties time to hopefully resolve this matter.

4. Therefore, the parties respectfully submit that good cause exists to amend the dispositive motion deadline of the Discovery and Scheduling Order dated April 20, 2015 (ECF No. 14) as follows:

| **Deadline** | **Old Date** | **New Date** |
|---|---|---|
| Dispositive motion deadline | November 13, 2015 | January 13, 2016 |

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Dated:  November 9, 2015

By        /s/
    THOMAS O. KENNARD
    Plaintiff in Pro Per

Dated:  November 13, 2015    PORTER SCOTT
    A PROFESSIONAL CORPORATION

By        /s/
    Taylor W. Rhoan
    Attorney for Defendants
    SAN JOAQUIN COUNTY and
    STEVEN MOORE, SHERIFF

////

////

**ORDER**

Having reviewed the above stipulation [as set forth in the parties' original stipulation filed with their signatures on November 13, 2015, <u>see</u> ECF No. 26], and good cause appearing therefore, IT IS HEREBY ORDERED that the Discovery and Scheduling Order in this action is modified to extend the dispositive motion deadline to January 13, 2016.

IT IS SO ORDERED.

DATED: November 13, 2015

                                                                     _____
                                                                     ALLISON CLAIRE
                                                                     UNITED STATES MAGISTRATE JUDGE