UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. KENNARD, | No. 2:14-cv-1750 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY, et al., | |
| Defendants. | |

The stipulation and proposed order submitted by the parties on January 25, 2016, ECF No. 28, is denied without prejudice to the filing, within thirty days, of an amended stipulation and proposed order that clarifies the basis for the parties' agreement, identifies all parties for whom dismissal is sought, and indicates whether the parties are requesting dismissal of the entire action.

IT IS SO ORDERED.

DATED: January 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE