THOMAS O. KENNARD
CO-0001281-5
COALINGA STATE HOSPITAL (5003)
PO BOX 5003
COALINGA, CA 93210-5003
Tel: (559) 934-1839
Fax: (559) 934-0378

Plaintiff in Pro Per

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SAN JOAQUIN COUNTY and STEVEN MOORE, SHERIFF

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS O. KENNARD,<br><br>             Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY; STEPHAN MOORE, Sheriff, Joaquin County, in his individual and official capacity, and DOES 1 through 17 in their individual capacities,<br><br>             Defendants.<br>_____/ | CASE NO. 2:14-CV-1750-AC-PC<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff THOMAS O. KENNARD, in Pro Per, and Defendants SAN JOAQUIN COUNTY and STEVEN MOORE,

{01489672.DOCX}                                                                 1

**AMENDED STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

SHERIFF, by and through their undersigned Counsel, pursuant to the Settlement Agreement and Release entered by and between them, that the entire action and all of the claims by Plaintiff THOMAS O. KENNARD alleged against Defendants COUNTY OF SAN JOAQUIN and STEVEN MOORE be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs. See ECF No. 30 (containing the signatures of the parties).

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Dated: _____/d/_____

By   /s/
THOMAS O. KENNARD
Plaintiff in Pro Per

Dated: _____/d/_____   PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/
Colleen R. Howard
Attorney for Defendants
SAN JOAQUIN COUNTY and
STEVEN MOORE, SHERIFF

//
//
//
//
//
//
//
//

{01489672.DOCX}   2
**AMENDED STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that this entire action be dismissed against Defendants COUNTY OF SAN JOAQUIN and STEVEN MOORE with prejudice. Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706